ALBERT L. BOASBERG
Attorney at Law
Alexander Building, Suite 1106
155 Montgomery Street
San Francisco, CA 94104
Telephone (415) 989-6960
State Bar No. 31205

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT L. WILSON, II, and APRIL WILSON, | ) ) ) | No. |
| Plaintiffs, | ) ) | COMPLAINT FOR NEGLIGENCE UNDER FEDERAL TORT CLAIMS |
| vs. | ) ) | ACT |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) ) ) | |

    Plaintiffs, ROBERT L. WILSON, II and APRIL WILSON, respectfully

allege as follows:

**FIRST CAUSE OF ACTION**

**I**

    At the time of the events hereinafter alleged, Plaintiffs were individuals

and residents of the County of Contra Costa, State of California.

**II**

    Plaintiffs duly and timely filed their claims with the United States Postal

Service and on August 22, 2007, said claims were rejected.

### III

Plaintiffs duly and timely filed their request for reconsideration which was denied on January 30, 2008.

### IV

This action is filed pursuant to the provisions of 28 USC Sec. 1346(b) and the Court has jurisdiction thereunder.

### V

On November 19, 2006, at Plaintiff's home in Richmond, CA, Defendant through its employees, did willfully assault and batter Plaintiffs with pepper spray, without just cause or provocation.

At the time of said assault and battery, Plaintiff, ROBERT L. WILSON, II, was confined to a wheelchair because of a pre-existing disability.

### VI

As a direct and proximate result of the assault and battery as hereinabove alleged, Plaintiffs suffered great bodily injury, emotional distress and panic attacks.

WHEREFORE, Plaintiffs pray for judgment against Defendant, as hereinafter set forth.

### SECOND CAUSE OF ACTION

### VII

Plaintiffs reallege and incorporate by reference each and every allegation contained in their First Cause of Action, as if set forth herein in full.

### VIII

The attacks upon Plaintiffs by Defendant's employees were the direct and

proximate result of the negligence of Defendant in its hiring procedures and processes.

## XI

Said procedures and processes should have prevented Defendant from hiring and employing persons who are not suitable to interact with the public and who have a marked propensity for violence and loss of control.

WHEREFORE, Plaintiffs pray for judgment against Defendant in the sum of TWO HUNDRED THOUSAND DOLLARS ($100,000) each, for a total of FOUR HUNDRED THOUSAND DOLLARS ($400,000) actual damages, for interest, attorney's fees and for such other relief as the Court may deem meet and proper.

Dated:  June 12, 2008.                                          _____
                                                                                ALBERT L. BOASBERG,
                                                                                Attorney for Plaintiffs