JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney
JOANN M. SWANSON (CABN 88143)
Chief, Civil Division
MELISSA K. BROWN (CABN 203307)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-6962
   FAX: (415) 436-6748
   melissa.k.brown@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT L. WILSON, II and APRIL WILSON, ) ) ) | No. C 08-03071 JL |
| Plaintiff, ) ) | **FEDERAL DEFENDANT'S ANSWER** |
| v. ) ) | |
| UNITED STATES OF AMERICA, ) ) | |
| Defendant. ) | |

1    For its Answer to the Complaint of plaintiffs Robert Wilson, II and April Wilson
2 ("Plaintiffs"), the federal Defendant UNITED STATES OF AMERICA ("Defendant") admits,
3 denies, and alleges as follows:

## FIRST CAUSE OF ACTION

5    1.   Defendant lacks sufficient information to admit or deny the allegations of this
6 paragraph and on that basis denies the allegations of this paragraph.

7    2.   Defendant admits that Plaintiffs filed claims with the United States Postal Service and on
8 August 22, 2007, said claims were rejected.  Except as expressly admitted, all remaining
9 allegations are denied.

10    3.   Defendant admits that Plaintiffs filed a request for reconsideration and that said request
11 was denied on January 14, 2008.  Except as expressly admitted, all remaining allegations are
12 denied.

13    4.   This paragraph contains jurisdictional allegations to which no answer is required.

14    5.   Deny.

15    6.   Deny.

## SECOND CAUSE OF ACTION

17    7.   Defendant hereby incorporates its responses to paragraphs 1 - 6 of Plaintiff's complaint,
18 as though fully restated herein.

19    8.   Deny.

20    9.   Deny.

21    The paragraph beginning with WHEREFORE sets forth Plaintiff's prayer for relief to which
22 no response is required.  To the extent this paragraph is deemed to contain allegations of material
23 fact, it is denied.

24    All allegations not specifically responded to above are denied.

## AFFIRMATIVE DEFENSES

## FIRST AFFIRMATIVE DEFENSE

27    The United States of America, through its employees, exercised due care and diligence in all
28 matters relevant to the subject matter of plaintiff's complaint.

**SECOND AFFIRMATIVE DEFENSE**

Plaintiff's alleged injuries, if any, were not proximately caused by any negligent or otherwise wrongful act or omission of any employee of the United States.

**THIRD AFFIRMATIVE DEFENSE**

Plaintiff's alleged injuries, if any, were proximately caused by plaintiff's own negligent or otherwise wrongful conduct.

**FOURTH AFFIRMATIVE DEFENSE**

Any recovery or other award made against the United States herein must be reduced by the percentage of fault of the plaintiff and/or other third party, and any recovery or other award made against the United States herein for non-economic damages must be limited to the percentage of fault, if any, of the United States.

**FIFTH AFFIRMATIVE DEFENSE**

Plaintiff may recover only those damages allowed under the law.

**SIXTH AFFIRMATIVE DEFENSE**

Defendant is entitled to absolute, sovereign, and/or qualified immunity.

**SEVENTH AFFIRMATIVE DEFENSE**

Plaintiff's assault and battery claim is barred by 28 U.S.C. §2680(h).

**EIGHTH AFFIRMATIVE DEFENSE**

Pursuant to 28 U.S.C. § 2675, Plaintiffs are prohibited from claiming or recovering an amount against the United States in excess of that which was set forth in any claim presented to the United States.

**NINTH AFFIRMATIVE DEFENSE**

Under 28 U.S.C. § 2674, plaintiff is barred from recovering civil penalties and treble damages.

**TENTH AFFIRMATIVE DEFENSE**

Pursuant to 28 U.S.C. § 2674, Plaintiff is proscribed from recovering any amount for prejudgment interest against the United States of America.

FEDERAL DEFENDANT'S ANSWER
C 08-03071 JL                                3

**ELEVENTH AFFIRMATIVE DEFENSE**

Under 28 U.S.C. §2412(d)(1)(A), Plaintiff cannot recover attorney's fees from the United States of America.

**TWELFTH AFFIRMATIVE DEFENSE**

Pursuant to 28 U.S.C. § 2402, Plaintiff is not entitled to a jury trial.

**THIRTEENTH AFFIRMATIVE DEFENSE**

Defendant reserves the right to amend its Answer with additional defenses of which it may become aware as discovery progresses and to raise any other matter constituting an avoidance or affirmative defense.

**PRAYER FOR RELIEF**

WHEREFORE, Defendant requests that the Court enter judgment in favor of the Federal Defendant, that the Complaint be dismissed, and that the Federal Defendant is granted such other and further relief as the Court may deem just and proper, including recovery of all costs of suit and appropriate fees.

DATED: September 5, 2008          Respectfully submitted,

                                  JOSEPH P. RUSSONIELLO
                                  United States Attorney

                                       /s/ Melissa Brown
                                  _____
                                  MELISSA K. BROWN
                                  Assistant United States Attorney