UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT L. WILSON, II, et al.,

    Plaintiffs,

v.

UNITED STATES OF AMERICA,

    Defendant.
_____/

No. C 08-3071 JL

**ORDER TO SHOW CAUSE**

TO PLAINTIFFS AND ATTORNEY OF RECORD:

You are hereby ordered to appear before this Court on October 29, 2008, at 10:30 a.m. and show cause why this case should not be dismissed for failure to prosecute.

All parties have consented to this Court's jurisdiction pursuant to 28 U.S.C. §636(c). This case came on for Case Management Conference on October 8, 2008. Defendant appeared by counsel, Plaintiffs did not appear.

Accordingly, the Case Management Conference and Show Cause hearing shall be held on October 29, 2008 at 10:30 a.m.

IT IS SO ORDERED.

DATED: October 10, 2008

                                              _____
                                              James Larson
                                              Chief Magistrate Judge