ALBERT L. BOASBERG
Attorney at Law
Alexander Building, Suite 1106
155 Montgomery Street
San Francisco, CA 94104
Telephone (415) 989-6960
State Bar No. 31205

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT L. WILSON, II, and APRIL WILSON, | ) ) ) ) ) ) ) ) ) ) ) ) | No. C 08-03071 <br><br> STIPULATION AND ORDER <br> DISMISSING ACTION |
| Plaintiffs, | | |
| vs. | | |
| UNITED STATES OF AMERICA, | | |
| Defendant. | | |

ROBERT L. WILSON, II, and APRIL WILSON, Plaintiffs herein and Defendant, UNITED STATES OF AMERICA, hereby stipulate that the within-entitled action may be dismissed with prejudice as to all Defendants and that each side will bear its own costs and attorney's fees.

Dated: February 20, 2009.

_____          _____
ROBERT L. WILSON, II                              APRIL WILSON

UNITED STATES OF AMERICA

By: _____
      MELISSA BROWN,
      Assistant U.S. Attorney

Stip. & Order Dismissing Action

## ORDER

Upon the foregoing stipulation of the parties and good cause appearing therefor, the within-entitled action is hereby dismissed, with each side to bear its own costs and attorneys' fees.

Dated: March 9, 2009

_____
United States Chief Magistrate Judge